UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BRIAN JACOBS, RIVKA JACOBS, GABRIELLA JACOBS, JORDANA JACOBS, D.J., through her next friend, Brian Jacobs, and E.J. through her next friend, Brian Jacobs,<br><br>    Plaintiffs,<br><br>v.<br><br>DELTA AIR LINES, INC., MALIKAH L. KILLION, AND CALVIN E. HULITTLE,<br><br>    Defendants. | Case No.: 23-cv-10088<br><br>Hon. Terrence G. Berg<br><br>Mag. Judge Anthony P. Patti |

| | |
|---|---|
| RADNER LAW GROUP PLLC<br>Solomon M. Radner (P73653)<br>*Attorney for Plaintiffs*<br>17515 W. Nine Mile Rd., Ste. 1050<br>Southfield, MI  48075<br>(877) 723-6375<br>solomon@radnerlawgroup.com | TAFT STETTINIUS & HOLLISTER LLP<br>Scott R. Torpey (P36179)<br>Timothy J. O'Connell (P79737)<br>*Attorneys for Defendants*<br>27777 Franklin Rd., Ste. 2500<br>Southfield, MI  48034-8214<br>(248) 351-3000<br>storpey@taftlaw.com<br>toconnell@taftlaw.com |

## **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendants, by and through their respective undersigned counsel, hereby stipulate and agree that the above-captioned action be voluntarily dismissed with prejudice and with each party to bear its own fees and costs.

133015267

I STIPULATE TO THE ABOVE:

| | |
|---|---|
| /s/ Solomon M. Radner (*w/consent*) | /s/ Scott R. Torpey |
| By: Solomon M. Radner (P73653) | By: Scott Torpey (P36179) |
| *Attorney for Plaintiffs* | Timothy J. O'Connell (P79737) |
| 17515 W. Nine Mile Rd., Ste. 1050 | *Attorneys for Defendants* |
| Southfield, MI  48075 | 27777 Franklin Rd., Ste. 2500 |
| (877) 723-6375 | Southfield, MI  48034-8214 |
| solomon@radnerlawgroup.com | (248) 351-3000 |
| | storpey@taftlaw.com |
| | toconnell@taftlaw.com |

Upon the filing and reading of the stipulated order submitted herein, and this Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the above-captioned action is voluntarily dismissed with prejudice and with each party to bear its own fees and costs.

THIS IS A FINAL ORDER AND CLOSES THIS CASE.

IT IS SO ORDERED.

/s/Terrence G. Berg
United States District Judge

Dated: May 31, 2024

133015267